### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MOHAMMAD MOMENNIA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-25-1067-J |
| ) | |
| PAMELA BONDI, ATTORNEY GENERAL, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Notwithstanding Temporary General Order 25-8, the United States is ORDERED to file any answer or response to Petitioner's Verified Petition for Writ of Habeas Corpus on or before **October 10, 2025**.[1]

IT IS SO ORDERED this 3rd day of October, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

---

[1] The Court would note that United States Magistrate Judge Maxfield previously ordered respondent to file an answer, motion, or other response no later than October 1, 2025. This Order is in furtherance of the need recognized by the Magistrate Judge to proceed in this case in an expedited manner.